**DOROTHY ARMSTRONG, Indicted as DOROTHY WALLACE, v. COMMONWEALTH OF KENTUCKY.**

Court of Appeals of Kentucky.

(Decided Nov. 20, 1934.)

BEVERLY B. WADDILL and H. F. S. BAILEY for appellant.

BAILEY P. WOOTTON, Attorney General, and DAVID C. WALLS, Assistant Attorney General, for appellee.

PER CURIAM.

Appeal is dismissed for want of jurisdiction under authority of sections 335 and 347, Criminal Code of Practice and Waggoner v. Commonwealth, 254 Ky. 200, 71 S. W. (2d) 421.

---

**CITIZENS' NATIONAL BANK OF SOMERSET v. STEPHENS et al.**

Court of Appeals of Kentucky.

(Decided Nov. 9, 1934.)

B. J. BETHURUM for movant.

E. L. STEPHENS and JOHN M. PERKINS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

---

**CITY OF ASHLAND v. HATTON et al.**

Court of Appeals of Kentucky.

(Decided Nov. 9, 1934.)

R. CAMPBELL VAN SANT for movant.

DAVID BROWNING and H. V. FORSYTH, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.